No. 492. Williams et al. *v.* Miller et al. December 7, 1942. *Per Curiam:* The decree dismissing the bill of complaint is affirmed on the ground that the bill does not allege facts which would warrant the granting of equitable relief by a federal court to restrain enforcement of the state statute. *Spielman Motor Co.* v. *Dodge,* 295 U. S. 89; *Beal* v. *Missouri Pacific R. Co.,* 312 U. S. 45; *Watson* v. *Buck,* 313 U. S. 387, 400–01. *Mr. John L. McNab* for appellants. *Messrs. Earl Warren,* Attorney General of California, and

600

*Lucas E. Kilkenny,* Deputy Attorney General, for appellees.